IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Action No. 08-cr-00472-REB
(Removal from County Court, Baca County, Colorado
***People of the State of Colorado v. Royce F. Lock,***
Case No. 2008-M-000091)

PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

ROYCE EARL LOCK,

    Defendant.

## ORDER FOR SUMMARY REMAND

**Blackburn, J.**

On November 14, 2008, defendant, Royce Earl Lock, filed *pro se* a "Notice of Removal" in which he states that he is removing Case No. 2008-M-000091 from the County Court of Baca County, Colorado, to this court. Therefore, this criminal action has been opened. The court notes that the defendant in No. 2008-M-000091 is Royce F. Lock, not Royce Earl Lock, the defendant in the instant action. For the reasons stated below, the criminal case in federal court will be remanded to the state court.

The court must construe the "Notice of Removal" liberally because Mr. Lock is not represented by an attorney. *See* **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court must not be an advocate for a *pro se* litigant. *See* **Hall**, 935 F.2d at 1110.

Pursuant to 28 U.S.C. § 1446(a), a defendant desiring to remove a criminal

prosecution from a state court must file a notice of removal that contains a short and plain statement of the grounds for removal together with a copy of all process, pleadings, and orders served on the defendant in the state court. Mr. Lock has failed to comply with § 1446(a). He has not provided a short and plain statement of the grounds for removal. Additionally, it is unclear whether he has provided copies of all state court process, pleadings, and orders served on the defendant in the state court, and it is not clear that he is the defendant in No. 2008-M-000091. Even construing the putative notice of removal liberally, the court is unable to discern or ascertain any legitimate basis for removal of the state court criminal case. Therefore, No. 2008-M-000091 will be remanded summarily to the County Court of Baca County, Colorado, pursuant to 28 U.S.C. § 1446(c)(4)

**THEREFORE, IT IS ORDERED** as follows:

1. That ***People of the State of Colorado v. Royce F. Lock,*** Case No. 2008-M-000091, is remanded summarily to the County Court of Baca County, Colorado; and

2. That the clerk of this court shall mail a certified copy of this order to the clerk of the County Court of Baca County, Colorado.

Dated at Denver, Colorado, November 18, 2008.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**ROBERT E. BLACKBURN**
**United States District Judge**