**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**June 25, 2009**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

In re:

ROYCE EARL LOCK,

    Petitioner.

No. 09-1166
(D.C. No. 1:08-CR-00472-REB-1)
(D. Colo.)

---

**ORDER**

---

Before **HARTZ**, **McCONNELL**, and **TYMKOVICH**, Circuit Judges.

---

Royce Earl Lock has filed a petition for a writ of mandamus. It is not clear what relief Mr. Lock seeks from this court. To the extent that he seeks this court's assistance in enforcing the purported judgment issued by his own "one supreme Court," his petition is frivolous.

The motion to proceed in forma pauperis is DENIED. The petition for a writ of mandamus is DENIED.

Entered for the Court,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk