**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.
Criminal Action No. 08-cr-00472-REB

ROYCE EARL LOCK,

     Plaintiff,

v.

STATE OF COLORADO,

     Defendant.

---

**ORDER TO CURE DEFICIENCY**

---

Blackburn, Judge

     Plaintiff submitted a Notice of Appeal on November 20, 2009.  The court has

determined that the document is deficient as described in this order.  Plaintiff will be

directed to cure the following if he wishes to pursue this appeal.

**(A) Filing Fee**
   _X_  is not submitted

**(B) Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24:**
   _X_  is not submitted
   ___  is missing affidavit
   ___  is missing required financial information
   ___  is missing an original signature by the prisoner
   ___  is not on proper form (must use the court's current form)
   ___  other _____

Accordingly, it is

**ORDERED** that Plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order.  Any papers that Plaintiff files in response to this order must include the civil action number and criminal action number on this order.  It is

**FURTHER ORDERED** that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

**FURTHER ORDERED** that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 23rd day of November, 2009.

BY THE COURT:

**s/ Robert E. Blackburn**

JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO